Certificate Number: 02470-NJ-DE-036132709

Bankruptcy Case Number: 21-18027

02470-NJ-DE-036132709

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 11, 2021, at 8:09 o'clock AM EST, Belinda A Dent completed a course on personal financial management given by internet by Isabel C. Balboa, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: November 11, 2021

By: /s/Kathy Mills

Name: Kathy Mills

Title: TENS Instructor