UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Thomas G. Egner, Esquire**
**McDowell Law, PC**
**46 West Main Street**
**Maple Shade, NJ 08052**
**Phone  856-482-5544**
**Fax 856-482-5511**
**tegner@mcdowelllegal.com**

In re:
    **Belinda A. Dent**

Case No.:  **21-18027**

Chapter:  **13**

Adv. No.:

Hearing Date:

Judge:  **JNP**

## CERTIFICATION OF SERVICE

1. I, **Deborah Jamison**  :

   ☐ represent ___ in the this matter.

   ☑ am the secretary/paralegal for **Thomas G. Egner**, who represents **the debtor** in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On **December 2, 2021**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   - Order Respecting Amendments
   - Amendment to Schedule D
   - Notice of Chapter 13 Bankruptcy Case
   - Notice of Hearing on Confirmation of Plan
   - Filed Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  **December 2, 2021**

**/s/ Deborah Jamison**
Signature

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                                                Best Case Bankruptcy

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mr. Cooper<br>Attn: Bankruptcy<br>Po Box 619098<br>Dallas, TX 75261 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Isabel Balboa<br>Chapter 13 Standing Trustee<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

rev. 8/1/15
Best Case Bankruptcy