| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Office of the Chapter 13 Standing Trustee<br>Isabel C. Balboa, Esquire<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Order Filed on December 10, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>   **Belinda A. Dent**,<br><br>                              Debtors. | Case No.:   21-18027 (JNP)<br><br>Judge:   Jerrold N. Poslusny, Jr. |

### ORDER GRANTING TRUSTEE LEAVE TO RETAIN AN APPRAISER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 10, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**
Debtor:   Belinda A. Dent
Case No.: 21-18027 (JNP)
Caption:  Order Granting Trustee Leave to Retain an Appraiser

This matter being opened to the Court by Isabel C. Balboa, the Standing Chapter 13 Trustee in this matter, upon an application for an Order granting her leave to retain an appraiser, with the appraisal fee and related expenses to be borne by the Debtor's estate, subject to approval of this Court, and the Court having considered the application and documents submitted in support thereof and any objection thereto, and for good cause shown:

**IT IS HEREBY ORDERED** that the Trustee is hereby authorized to retain Wendy Kates as appraiser for the purpose of appraising the Debtors' principal residence, commonly known as 632 Georgetown Road, Wenonah, New Jersey and

**IT IS FURTHER ORDERED** that if the appraised value exceeds the Debtor's exemptions and results in a benefit to the creditors, pursuant to 11 U.S.C. 503(b), the fee of $375.00 for said appraisal shall be paid through the Chapter 13 plan as an administrative claim; and

**IT IS FURTHER ORDERED** that in the event a valuation hearing is required and the appraiser is required to appear and give testimony, the cost associated with the appearance and expert testimony will be sought from the Bankruptcy estate subject to further approval of this Court.