Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21–18027–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Belinda A. Dent
aka Belinda Dent, aka Belinda Anna Dent
632 Georgetown Rd.
Wenonah, NJ 08090

Social Security No.:
xxx–xx–4000

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             February 1, 2022
Time:             11:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*30* – Objection to Notice of Request for Loss Mitigation (related document:27 Notice of Request for Loss Mitigation re:Nationstar dba Mr. Cooper, filed by Thomas G. Egner on behalf of Belinda A. Dent. Objection deadline is 01/19/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Egner, Thomas) Modified on 1/6/2022 – NOTICE FILED OUT OF TIME – MOTION REQUIRED. (jpl). Modified on 1/10/2022 – MOTION FILED 12/03/2021, GRANTED 1/4/2022. (jpl). filed by Debtor Belinda A. Dent) filed by Laura M. Egerman on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. (Attachments: # 1 Exhibit A – 2010 Loan Modification # 2 Exhibit B – 2016 Loan Modification # 3 Exhibit C – 2020 Loan Modification # 4 Exhibit D – 2021 Denial Letter # 5 Certificate of Service) (Egerman, Laura)

and transact such other business as may properly come before the meeting.

Dated: January 18, 2022
JAN: eag

Jeanne Naughton
Clerk