Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−18027−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Belinda A. Dent
   aka Belinda Dent, aka Belinda Anna Dent
   632 Georgetown Rd.
   Wenonah, NJ 08090

Social Security No.:
   xxx−xx−4000

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            February 1, 2022
Time:                        11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*30* − Objection to Notice of Request for Loss Mitigation (related document:27 Notice of Request for Loss Mitigation re:Nationstar dba Mr. Cooper, filed by Thomas G. Egner on behalf of Belinda A. Dent. Objection deadline is 01/19/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Egner, Thomas) Modified on 1/6/2022 − NOTICE FILED OUT OF TIME − MOTION REQUIRED. (jpl). Modified on 1/10/2022 − MOTION FILED 12/03/2021, GRANTED 1/4/2022. (jpl). filed by Debtor Belinda A. Dent) filed by Laura M. Egerman on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. (Attachments: # 1 Exhibit A − 2010 Loan Modification # 2 Exhibit B − 2016 Loan Modification # 3 Exhibit C − 2020 Loan Modification # 4 Exhibit D − 2021 Denial Letter # 5 Certificate of Service) (Egerman, Laura)

and transact such other business as may properly come before the meeting.


Dated: January 18, 2022
JAN: eag

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 21-18027-JNP

Belinda A. Dent                                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                            User: admin                             Page 1 of 2

Date Rcvd: Jan 18, 2022                   Form ID: 173                         Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Belinda A. Dent, 632 Georgetown Rd., Wenonah, NJ 08090-1201 |
| lm | + Nationstar dba Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2022                           Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Thomas G. Egner | on behalf of Debtor Belinda A. Dent tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamis |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 18, 2022 | Form ID: 173 | Total Noticed: 2 |

on@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6