UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**MISSING** DIVISION

IN RE:                                                     CASE NO.: 21-18027-JNP
CHAPTER 13

**Belinda A. Dent,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 7004**

                                         Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                         Authorized Agent for Secured Creditor
                                         130 Clinton Rd #202
                                         Fairfield, NJ 7004
                                         Telephone: 470-321-7112

                                         By: /s/Harold Kaplan
                                              Harold Kaplan
                                              Email: hkaplan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 25, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

BELINDA A. DENT
632 GEORGETOWN RD.
WENONAH, NJ 08090

And via electronic mail to:

MCDOWELL LAW, PC
46 WEST MAIN STREET
MAPLE SHADE, NJ 08052

ISABEL C. BALBOA
535 ROUTE 38 - SUITE 580
CHERRY HIL, NJ 08002

U.S. TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr