**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
CAMDEN

Thomas G. Egner, Esq.
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511

---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Belinda Dent, | : | Case No. 21-18027 |
| | : | |
| | : | |
| | : | |
| **Debtors** | : | |

---------------------------------------------------------------X

## WITHDRAWAL OF DOCUMENT NO. 27 NOTICE OF REQUEST FOR LOSS MITIGATION FILED ON JANUARY 5, 2022

I, **Thomas G. Egner, Esq.,** counsel to Debtor(s), **Belinda Dent,** hereby withdraw document no. **27**, Notice Of Request For Loss Mitigation filed **January 5, 2022** in the above referenced matter.

McDowell Law, PC

Dated: January 31, 2022

*By:/s/***Thomas G. Egner**
**Thomas G. Egner,** Esq.
Attorney for the Debtor(s)