Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

              Case No.: 21−18027−JNP
              Chapter: 13
              Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Belinda A. Dent
   aka Belinda Dent, aka Belinda Anna Dent
   632 Georgetown Rd.
   Wenonah, NJ 08090

Social Security No.:
   xxx−xx−4000

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 17, 2022.

Dated: March 17, 2022
JAN: kvr

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-18027-JNP |
| Belinda A. Dent | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 17, 2022 | Form ID: plncf13 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Belinda A. Dent, 632 Georgetown Rd., Wenonah, NJ 08090-1201 |
| aty | + | Harold Kaplan, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| aty | + | KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| lm | + | Nationstar dba Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| app | + | Wendy Kates, 420 Valley Run Drive, Cherry Hill, NJ 08002-2406 |
| 519330661 | + | DIMARINO-KROOP-PRIETO GI ASSOC, 26 E Red Bank Ave., Woodbury, NJ 08096-1611 |
| 519330662 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 519330663 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519330664 | + | First Financial, Attn: Bankruptcy, 495 Old Connecticut Path Ste 220, Framington, MA 01701-4567 |
| 519330669 | + | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 519446544 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519330674 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519330675 | + | Township of Deptford, Attn: Tax Office, 1011 Cooper Street, Deptford, NJ 08096-3076 |
| 519330676 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 519330677 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 519330679 | | Waterfall Revenue Group, 2297 Highway 33, Suite 906, Hamilton Square, NJ 08690-1717 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 17 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 17 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 17 2022 20:31:00 | Nationstar dba Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 519453130 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2022 20:34:29 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519330658 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 20:34:44 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519458446 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 20:34:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519330659 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 20:34:29 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519330660 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 17 2022 20:32:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519330665 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2022 20:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 21-18027-JNP    Doc 40    Filed 03/19/22    Entered 03/20/22 00:16:12    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2022 | Form ID: plncf13 | Total Noticed: 40 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519463282 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 17 2022 20:31:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519330666 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 17 2022 20:31:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519330667 | | Email/Text: camanagement@mtb.com | Mar 17 2022 20:32:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519441842 | | Email/Text: camanagement@mtb.com | Mar 17 2022 20:32:00 | M&T Bank, PO Box 1508, Buffalo NY 1420-1508 |
| 519330668 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 17 2022 20:32:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519330669 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 17 2022 20:31:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 519446544 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 17 2022 20:31:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519330670 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 17 2022 20:31:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 519471496 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2022 20:34:35 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 519330671 | | Email/Text: signed.order@pfwattorneys.com | Mar 17 2022 20:31:00 | Pressler, Felt & Warshaw LLP, Attn: Rita E. Dunleavy, Esq., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519330672 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 17 2022 20:31:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519453717 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2022 20:34:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519332107 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2022 20:34:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519330673 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2022 20:34:26 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519457560 | + | Email/Text: bncmail@w-legal.com | Mar 17 2022 20:32:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519330678 | | Email/Text: bankruptcynotices@vivecard.com | Mar 17 2022 20:31:00 | Vive Financial, Attn: Bankruptcy, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 519334740 | | Email/Text: bankruptcynotices@vivecard.com | Mar 17 2022 20:31:00 | Vive Financial, PO Box 708970, Sandy UT 84070-8970 |
| 519458518 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 17 2022 20:34:28 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2022 | Form ID: plncf13 | Total Noticed: 40 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2022            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:**

**Name**  **Email Address**

Denise E. Carlon
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Harold N. Kaplan
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com  informationathnk@aol.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Laura M. Egerman
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com

Thomas G. Egner
on behalf of Debtor Belinda A. Dent tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7