Douglas J. Smillie
FITZPATRICK LENTZ & BUBBA, P.C.
645 West Hamilton Street – Suite 800
Allentown, PA 18101
610-797-9000
ID #004531984
Attorney for Manufacturers & Traders Trust Company

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| *IN RE*: | : | CHAPTER 13 |
| | : | |
| BELINDA A. DENT, | : | CASE NO. 21-18027-JNP |
| Debtor | : | **Hearing Date and Time:** |
| | : | **October 17, 2023 at 11:00 a.m.** |

## PRAECIPE TO WITHDRAW

TO THE CLERK:

Kindly note that Manufacturers & Traders Trust Company's Motion for Relief filed with this Court on September 28, 2023 is withdrawn WITHOUT PREJUDICE.

FITZPATRICK LENTZ & BUBBA, P.C.

Date: October 17, 2023                BY: */s/ Douglas J. Smillie*
                                        Douglas J. Smillie
                                        Attorney I.D. No. #004531984
                                        645 West Hamilton Street – Suite 800
                                        Allentown, PA 18101
                                        (610) 797-9000