UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Laura Egerman
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

In Re:

Belinda A. Dent

Case No.: 21-18027-JNP

Adv. No.: _____

Chapter: 13

Hearing Date: January 2, 2024

Judge: Jerrold N. Poslusny Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____Laura Egerman_____,
   ☒ am the attorney for: _____Nationstar Mortgage LLC_____
   ☐ am self-represented

   Phone number: _____732-902-5399_____

   Email address: _____NJ_ECF_Notices@mccalla.com_____

2. I request an adjournment of the following hearing:

   Matter: _____Motion for Relief from Stay (ECF No. 48)_____

   Current hearing date and time: _____January 2, 2024 at 11:00 a.m._____

   New date requested: _____February 6, 2024 at 11:00 a.m._____

   Reason for adjournment request: _____Pending settlement discussions_____

3.    I request an adjournment of confirmation:

      Current confirmation date and time: _____

      New date requested: _____

      Reason for adjournment request: _____

      _____

      Confirmation has been adjourned _____ previous times

      Trustee payments are current through _____

      The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.    Consent to adjournment:

      ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

      _____

      _____

I certify under penalty of perjury that the foregoing is true.

Date: December 26, 2023                    /s/ Laura Egerman
                                                              Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted             New hearing date: 2/6/24 at 11          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*