Order Filed on January 31, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Laura Egerman
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Belinda A. Dent, | Case No. 21-18027-JNP |
|  | Hearing Date: February 6, 2024 at 11:00 a.m. |
| Debtor. | Judge: Jerrold N. Poslusny, Jr. |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: January 31, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

Debtor: Belinda A. Dent
Case No.: 21-18027-JNP
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

---

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay (the "Motion") filed by Nationstar Mortgage LLC ("Secured Creditor"), and Belinda A. Dent ("Debtor") having filed opposition thereto, with respect to Secured Creditor's lien on Debtor's real property commonly known as 632 Georgetown Road, Deptford, NJ 08090 ("Property"), and the parties having consented to the entry of the within Order, and for good cause shown ,it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtor is now post-petition current and is due for the February 1, 2024 post-petition monthly payment in the amount of $1,513.52.
2. Debtor shall resume post-petition payments to be paid timely and in full with the February 1, 2024 payment.
3. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 632 Georgetown Road, Deptford, NJ 08090.
4. Debtor shall pay attorney fees and costs for the motion for relief in the amount of $699.00 to be paid as an administrative claim through the plan.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Page 3

| | |
|---|---|
| Debtor: | Belinda A. Dent |
| Case No.: | 21-18027-JNP |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

Consent to Form and Entry

| McCalla Raymer Leibert Pierce, LLC | McDowell Law, PC |
|---|---|
| Attorney for the Secured Creditor | Attorney for the Debtor |
| By: /s/ Laura Egerman | By: *Thomas G. Egner* (signature) |
|     Laura Egerman |     Thomas G. Egner |
| Date: 01/30/2024 | Date: 1/30/24 |