Laura Egerman
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on January 31, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Belinda A. Dent, | Case No. 21-18027-JNP |
|  | Hearing Date: February 6, 2024 at 11:00 a.m. |
| Debtor. | Judge: Jerrold N. Poslusny, Jr. |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: January 31, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

| | |
|---|---|
| Debtor: | Belinda A. Dent |
| Case No.: | 21-18027-JNP |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay (the "Motion") filed by Nationstar Mortgage LLC ("Secured Creditor"), and Belinda A. Dent ("Debtor") having filed opposition thereto, with respect to Secured Creditor's lien on Debtor's real property commonly known as 632 Georgetown Road, Deptford, NJ 08090 ("Property"), and the parties having consented to the entry of the within Order, and for good cause shown ,it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtor is now post-petition current and is due for the February 1, 2024 post-petition monthly payment in the amount of $1,513.52.

2. Debtor shall resume post-petition payments to be paid timely and in full with the February 1, 2024 payment.

3. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 632 Georgetown Road, Deptford, NJ 08090.

4. Debtor shall pay attorney fees and costs for the motion for relief in the amount of $699.00 to be paid as an administrative claim through the plan.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Page 3

Debtor: Belinda A. Dent
Case No.: 21-18027-JNP
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

Consent to Form and Entry

| McCalla Raymer Leibert Pierce, LLC | McDowell Law, PC |
|---|---|
| Attorney for the Secured Creditor | Attorney for the Debtor |
| By: /s/ Laura Egerman | By: *[signature]* |
|     Laura Egerman |     Thomas G. Egner |
| Date: 01/30/2024 | Date: 1/30/24 |

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 21-18027-JNP

Belinda A. Dent     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Jan 31, 2024     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Belinda A. Dent, 632 Georgetown Rd., Wenonah, NJ 08090-1201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. Smillie | on behalf of Creditor Manufacturers & Traders Trust Company dsmillie@flblaw.com ccharlton@flblaw.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kimberly A. Wilson | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kimwilson@raslg.com |

District/off: 0312-1 | User: admin | Page 2 of 2

Date Rcvd: Jan 31, 2024 | Form ID: pdf903 | Total Noticed: 1

Laura M. Egerman
          on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Laura M. Egerman
          on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Thomas G. Egner
          on behalf of Debtor Belinda A. Dent tegner@mcdowelllegal.com
          tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10