Printed on: 12/31/2024
ANDREW B. FINBERG [*ICB-99001-00*]



**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF NEW JERSEY**

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 21-18027 (JNP)**

Monthly Payment: $406.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Belinda A. Dent
632 Georgetown Road
Wenonah, NJ 08090

**For the period of 01/01/2024 to 12/31/2024**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/08/2024 | $334.00 | 02/12/2024 | $359.00 | 03/13/2024 | $378.00 | 04/12/2024 | $378.00 |
| 05/16/2024 | $378.00 | 08/06/2024 | $206.00 | 08/15/2024 | $200.00 | 09/30/2024 | $406.00 |
| 10/28/2024 | $406.00 | 12/02/2024 | $406.00 | 12/13/2024 | $100.00 | 12/30/2024 | $306.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | BELINDA A. DENT | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,500.00 | $4,500.00 | $0.00 | $1,142.84 |
| 0 | MC DOWELL LAW, PC | 13 | $540.00 | $540.00 | $0.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,983.77 | $0.00 | $3,983.77 | $0.00 |
| 2 | CITIBANK, N.A. | 33 | $5,579.34 | $0.00 | $5,579.34 | $0.00 |
| 3 | CREDIT COLLECTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | DIMARINO-KROOP-PRIETO GI ASSOC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | EQUIFAX INFORMATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | FIRST FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | INTERNAL REVENUE SERVICE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | KOHL'S | 33 | $2,139.00 | $0.00 | $2,139.00 | $0.00 |
| 10 | M & T BANK | 24 | $797.17 | $264.87 | $532.30 | $137.56 |
| 11 | MIDLAND FUND | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | NATIONSTAR MORTGAGE, LLC | 24 | $12,108.02 | $4,023.32 | $8,084.70 | $2,089.48 |
| 13 | PRESSLER, FELT & WARSHAW LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | STATE OF NEW JERSEY DIVISION OF TAXATION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | LVNV FUNDING, LLC | 33 | $4,544.07 | $0.00 | $4,544.07 | $0.00 |
| 16 | TD BANK USA, N.A. | 33 | $2,146.58 | $0.00 | $2,146.58 | $0.00 |
| 17 | TOWNSHIP OF DEPTFORD | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | TRANSUNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | USAA FEDERAL SAVINGS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | VIVE FINANCIAL | 33 | $857.58 | $0.00 | $857.58 | $0.00 |
| 22 | WATERFALL REVENUE GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | ASHLEY FUNDING SERVICES, LLC | 33 | $25.00 | $0.00 | $25.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | VERIZON BY AMERICAN INFOSOURCE | 33 | $66.00 | $0.00 | $66.00 | $0.00 |
| 27 | PNC BANK, N.A. | 33 | $1,016.51 | $0.00 | $1,016.51 | $0.00 |
| 28 | NATIONSTAR MORTGAGE, LLC | 13 | $699.00 | $699.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2021 | 32.00 | $0.00 |
| 07/01/2024 | Paid to Date | $9,833.50 |
| 08/01/2024 | 27.00 | $406.00 |
| 11/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,857.00 |
| Total paid to creditors this period: | $3,369.88 |
| Undistributed Funds on Hand: | $730.80 |
| Arrearages: | $0.00 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**