**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION**

IN RE:                                                Case No. 21-18027-JNP
                                                      Chapter 13

Belinda A. Dent aka Belinda Dent aka Belinda
Anna Dent

Debtor(s).

## NOTICE OF APPEARANCE

**Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC**, a Secured Creditor in the above

styled proceeding, hereby requests that all matters which must be noticed to creditors, any

creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent

by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and

pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing

List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
        Steven K. Eisenberg, Esquire
        Bar No: 009221995
        Stern & Eisenberg, PC
        1581 Main Street, Ste. 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: 215-572-8111
        Fax: 215-572-5025
        seisenberg@sterneisenberg.com
        Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 9th day of March, 2026, to the following:

Thomas G. Egner
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
tegner@mcdowelllegal.com
***Attorney for Debtor(s)***

Andrew B Finberg
Office of the Chapter 13 Standing Trustee
535 Route 38
Suite 580
Cherry Hill, NJ 08002
ecfmail@standingtrustee.com
***Chapter 13 Trustee***

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Belinda A. Dent aka Belinda Dent aka Belinda Anna Dent
632 Georgetown Rd.
Wenonah, NJ 08090

***Debtor(s)***

By:        /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire